*Combined:
\* Agents of Federal Bureau of Narcotics,
\* Federal Tort Claim Act.

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
__Eastern__ DIVISION at __London__

Eastern District of Kentucky
**FILED**
MAY 21 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. __6:18-CV-125-DLB__ (Court Clerk will supply)

__Kareem Millhouse__
PLAINTIFF

VS:

__Rhonda Jones, et al__

Demand for Jury Trial:
Yes (✓) No (__)

(do not use "et al.",
enter full names)

DEFENDANTS

**I.  Plaintiff:**

A. Name (list any aliases): __Kareem Millhouse__

B. Prisoner ID #: __59904 066__ Check one: Convicted __✓__  Pretrial Detainee ____

C. Place of present confinement: __U.S.P. - McCreary__

D. Address: __P.O. Box 3000, Pine Knot, KY 42635__

**II.  Defendant(s):** (additional defendants may be listed on a separate sheet of paper)

A. Defendant's Name: __Rhonda Jones__
   Title or Position: __RN, Health Serive Administrator__
   Place of Employment: __U.S.P. - McCreary__

B. Defendant's Name: __R. Cimorossa__
   Title or Position: __Assistant Health Service Administrator__
   Place of Employment: __U.S.P. - McCreary__

Page 1 of 8

"attachment"
cont... from 11. Defendants

F.) Defendant's Name: BARON
Title or Position: Associate Warden
Place of Employment: USP-McCreary

G.) Defendant's Name: Pamela Poston
Title or Position: Unit Manager
Place of Employment: USP-McCreary

H.) Defendant's Name: J. Geddis
Title or Position: Case Manager
Place of Employment: U.S.P. McCreary

I.) Defendant's Name: N. Keith
Title or Position: Counselor
Place of Employment: USP-McCreary

J.) Defendant's Name: W. Fostor
Title or Position: Counselor
Place of Employment: USP-McCreary

K.) Defendant's Name: Holly Anderson
Title or Position: Unit Manager
Place of Employment: USP-McCreary

L.) Defendant's Name: Hutchinson
Title or Position: Officer
Place of Employment: U.S.P. McCreary

M.) Defendant's Name: John Doe #1
Title or Position: Officer
Place of Employment: USP-McCreary

N.) Defendant's Name: John Does 1-8
Title or Position: Unknown
Place of Employment: USP-McCreary

O.) Defendant's Name: United States of America
Title or Position: Unknown
Place of Employment: Unknown

P.) Defendant's Name: Federal Bureau of Prisons
Title or Position: Unknown
Place of Employment: Unknown

Q.) Defendant's Name: John Doe #2
Title or Position: Unknown
Place of Employment: USP-McCreary

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

---

    C. Defendant's Name: Pamela Kenny
       Title or Position: FNP
       Place of Employment: USP-McCreary
    D. Defendant's Name: Mitchell Dyer
       Title or Position: PA-C
       Place of Employment: USP-McCreary
    E. Defendant's Name: J. Ray Ormond
       Title or Position: Warden
       Place of Employment: USP-McCreary

## III. Statement of Claim:

Below you should state the **FACTS** of your case. You don't need to make legal arguments or refer to any cases or statutes.

If you wish to allege a number of related claims, write out each claim in a separate numbered paragraph. (If you need more space, you may attach extra sheets).

A. What happened? Explain specifically what each Defendant did or failed to do.

(1) Rhonda Jones

On May 9, 2017 I told Jones that I arrived May 3, 2017 and still have not received my back brace. She stated "I know all about you", and we don't have those on this compound.

On May 31, 2017 Jones rescinded my lower bunk authorization that was up-dated May 9, 2017 and issued a new authorization, that expired July 10, 2017 unbeknownst to me. See Exhibit KHM 5019, 5020.

On July 31, 2017 I was reassigned a upper bunk. On August 8, 2017 I fell off that bunk. See Exhibit KHM 5050

Page 2 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

On multiple occasions I told Jones that I'am in excruciating pain and "Ibuprofen" does not relieve that pain. See Exhibit KHM 5018, SM-6008.

On May 9, 2017 I was authorized "Lower bunk", "Soft shoes" passes.
I explained to Jones that my special needs aren't met and I keep getting the run around. See Exhibit SM 6007, 6009.

(2) R. Cimorossa
On numerous occasions I expressed the inadequate and ineffective care I received since arrival at USP-McCreary including the denial of my special needs. See Exhibit SM 6003
Additional Defendants on attachment.....

B. When did these events happen?
Beginning "May 3, 2017", "ongoing and continuing".

"Attachment cont... from III. Statement of Claim".

3) Pamela Kenny

On May 5, 2017 Kenny intentionally discontinued my approved "pain" medication although she was aware that it expired September 9, 2017 and that I had "several" painful diagnosed conditions. Furthermore, she knew that my conditions "cannot" be managed with "formulary" medications. *See Exhibit OM 7001.

As a direct result Kenny deliberately caused a substantial delay in the "treatment" for my pain that resulted in excruciating pain without "intervention".

4) Mitchell Dyer

On July 18, 2017 I told Dyer that my pain has worstened post-surgery and my "nerve" pain medication wear off quickly and doesn't provide any relief for my "back" pain. See Exhibit OM 7003.

Dyer refused to prescribe and/or recommend "adequate and effective medications for my back pain; although he knew that the existing "prescription" Ibuprofen did not relieve my back pain what so ever. See Exhibit SM 6004

Dyer is aware of the painful conditions that I suffer from and that its very few good regimens exist for my condition. See Exhibit KHM 3000. Dyer failed to treat "carpal tunnel" and left knee injury, and shoulder. Dyer stated that he will not prescribe appropriate non-formulary medications. See Exhibits KHM 5015, SM 6002

On September 12, 2017 Dyer discontinued my "nerve" pain medication and failed to replace it deliberately and substantially causing excruciating pain and suffering.

5) J. Ray Ormond

On July 31, 2017 I was forcibly assigned/reassigned to an upper bunk although I had lower bunk special needs. See Exhibit KHM 2018-1. On August 8, 2017 I fell off upper bunk. See Exhibit KHM 5003. Also See Exhibits KHM 5002, 5004, 5011, 5003, 5008, SM 1600, 5005A, 5006, 5007.

As a direct result of Ormond actions I fell from upper bunk and injuried my shoulder.

(6) Baron

Baron was aware of my diagnosed painful conditions that USP-McCreary's Health Services failed to treat such as left knee injury, carpal tunnel syndrome and "nerve" and "back pain". I spoke to Baron on several occasions about my issues with Health Services and she ignored those pleas.

As a direct result of Baron actions Health Services continued to ignore my pleas of adequate and effective care.

(1)

(7) Pamela Poston

On July 31, 2017, Poston approached my cell and said I had to move to 108 upper although I showed her my lower bunk pass. See Exhibit SM-B. On August 8, 2017 I fell from upper bunk. Poston was deliberately indifferent to my special needs.

(8) J. Gaddis

On May 9, 2017 I showed Gaddis my lower bunk pass and he failed to reassign me to lower bunk causing discomfort and pain climbing on upper bunk and substantial risk to my safety. See Exhibit SM 1701.

(9) N. Keith

On approximately May 16, 2017 I showed Keith my lower bunk pass and he failed to reassign me to a lower bunk causing pain climbing on upper bunk and substantial risk to my safety. See Exhibit SM 1701.

(10) W. Fostor

Approximately September 27, 2017 Fostor reassigned me from a lower bunk to upper bunk although I showed him my lower bunk pass.

On approximately October 20, 2017 Fostor forced me to give my new cellmate the lower bunk cause I was assigned the upper bunk or he would send me to SHU. On October 30, 2017 I fell from upper bunk. See Exhibit KHM 5014.

(11) Holly Anderson

I told Anderson Fostor assigned me an upper bunk and that he forced me to give the lower bunk to my cellmate or go to SHU. She said "Well he runs his unit his way".

(12) Hutchingson

On July 31, 2017 approached my cell and said I was moving to 108 upper. I showed him my lower bunk pass and he said I got to move.

(13) John Doe #1

On May 3, 2017 he reassigned me from 213 to 202 upper. I told him I had a lower bunk pass and its in "Sentry" and I had back surgery March 8, 2017. He said "talk to unit team". I fell later this night and injuries my elbow.

(14) John Does 1-9

Limited discovery will identify potential defendants.

(15) United States of America

Responsible for tort violations.

(16) Federal Bureau of Prisons

Defendant agency.

(17) John Doe #2

Assigned me to upper bunk upon arrival, although I had lower bunk pass. I later fell (2) off upper bunk May 3, 2017.

◎EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. Where did these events happen?

U.S.P. — McCREARY

D. What rights under the Constitution, federal law, federal regulations, state law, or state regulations do you allege the Defendant(s) violated? State the specific constitutional provision or law if you know it.

5, 8 AND 14 AMEND.

"FTCA"

## IV. Exhaustion of Administrative Remedies

A prisoner must complete all steps of the prison's grievance process before filing any lawsuit that relates to prison conditions.

A. **Federal Prisoners** answer the following:

1. Did you file a grievance regarding the facts in this Complaint under Bureau of Prisons regulations? YES ( ✓ ) NO ( ___ )

2. If so, did you (check **ALL** that apply):
   - ✓ file a request or appeal to the Warden     JUNE 6, 2017 date
   - ✓ appeal to the Regional Director     July 01, 2017 date
   - ✓ appeal to the Office of General Counsel     AUGUST 11, 2017 date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

Page 4 of 8

ATTACHMENT
"CONT.... FROM IV. Exhaustion of Administrative Remedies.

"Request to Warden"
June 22, 2017 #906975-F1, July 13, 2017 #907912-F2, September 8, 2017 #913885-F2, September 8, 2017 #914003-F2, October 18, 2017 #918879-F1, October 18, 2017 #918881-F1

"Appeal to Regional Director"
July 25, 2017 #906975-R1, July 27, 2017 #907912-R1, October 4, 2017 #913855-R1, September 22, 2017 #914003-R1, October 30, 2017 #918879-R1, October 30, 2017 #918881-R1

"Appeal to General Counsel"
September 15, 2017 #906975-A1, August 31, 2017 #907912-A1, November 14, 2017 #913855-A1, October 31, 2017 #914003-A1, January 8, 2018 #918879-A1, January 8, 2018 #918881-A1

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

4. What was the result?  DENIED.

_____

5. If you did not file a grievance, why not? _____

B. **State Prisoners** answer the following:

1. Did you file a grievance regarding these facts under Kentucky Department of Corrections CPP 14.6 or an appeal of a disciplinary decision to the warden under CPP 15.6?   YES ( ___ ) NO ( ✓ )

2. If you filed a grievance under CPP 14.6, did you (check **ALL** that apply):

    _____ file a grievance and seek an informal resolution            _____ date
    _____ request a hearing from the Grievance Committee          _____ date
    _____ appeal to the Warden                                                         _____ date
    _____ appeal to the Commissioner                                             _____ date

    Did you file an appeal of a disciplinary decision to the warden under CPP 15.6?
    YES ( ___ ) NO ( ✓ )
    _____ date

3. **ATTACH** a copy of each grievance or appeal form you filed and the prison's response(s) to each grievance or appeal.

4. What was the result? _____

5. If you did not file a grievance, why not? _____

Page 5 of 8

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

C. **County or City Prisoners** answer the following:

1. Is there a grievance/appeal policy at your jail?  YES (__)  NO (✓)
2. **ATTACH** a copy of the grievance/appeal policy to your Complaint, if available. If not, briefly describe the grievance/appeal policy below.

   _____

   _____

   3. Did you file a grievance regarding these facts?  YES (__)  NO (✓)
   4. If you filed a grievance:

   a. What steps did you take to use the grievance process? _____

   _____

   b. What was the result? _____

   _____

   c. If unsuccessful, did you file an appeal?  YES (__)  NO (✓)
   d. What was the result? _____

   _____

   e. Did you take any further steps in the grievance process?
      YES (__)  NO (✓)   NO MORE AVAILABLE (__)
   f. What was the result? _____

   _____

5. If you did not file a grievance, why not?: _____

   _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

### V. OTHER LAWSUITS

A. Have you filed any other lawsuit **dealing with the same facts** raised in this action? YES ( ) NO (✓)

B. If your answer to question A is **YES**, describe the lawsuit in the space below. If you filed more than one other lawsuit, provide the same information for each other lawsuit on additional sheets of paper.

1. PARTIES:

Plaintiff: _____

Defendant(s): _____

2. COURT: (name the district for a federal court, or the county for a state court)

_____

3. CASE NO.: _____ DATE FILED: _____

4. OUTCOME: (is the case still pending? was it dismissed? being appealed?)

_____

5. DATE OF JUDGMENT, DISMISSAL, or APPEAL: _____

C. List any other lawsuits that you have filed in any state or federal court:

1. Plaintiff **Milhouse** vs. Defendant(s) **Health, et al**
   Court Name: **Middle District of PA**   Case No.: **15-1400**
   Nature of Claim: **Failure to Protect**   Date Filed: **7/20/15**
   Outcome: **Pending**   Date: _____

2. Plaintiff **Milhouse** vs. Defendant(s) **Sage, et al**
   Court Name: **Middle District of PA**   Case No.: **14-1055**
   Nature of Claim: **Inadequate Care**   Date Filed: **6/2/14**
   Outcome: **Pending**   Date: _____

EDKy 520 (Rev. 02/14) Complaint under §1983 or Bivens Action

3. Plaintiff Milhouse vs. Defendant(s) Fasciana
   Court Name: Middle District of PA   Case No.: 14-1973
   Nature of Claim: Inadequate Care   Date Filed: 10/10/14
   Outcome: Pending   Date: _____

## VI. Relief:

State exactly what you want the Court to do for you. You don't need to make legal arguments or refer to any cases or statutes, just explain what you want to happen if you prevail on your claim.

(1) $20,000,000 in Punitive Damages, "Pain, Suffering."
(2) $20,000,000 in Compensatory Damages, "Loss of Feeling."
(3) Immediate Injunctive Relief — Prescription of adequate pain medication.
(4) Any other Relief this Court Deem Just.

## VII. Review this Form

Please take a moment to go back and review your responses to each of the questions. Immediately below you are required to certify under penalty of perjury that the information you have provided in this form is correct to the best of your knowledge, so please make sure that your responses fully and accurately explain your claim.

## CERTIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Khim House            54904066         5/8/18
Signature of Plaintiff   Prison ID#       Date

Plaintiff's Address: P.O. Box 3000

Pine Knot, KY 42635

Page 8 of 8