Dear Clerk of Court

Re: Civil Action No. 18-125

Enclosed is "55" exhibits that I intended to include with my civil action but did not have sufficient postage.

Thank you.

[signature]

Dated: May 17, 2018

Eastern District of Kentucky
FILED
MAY 29 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

E.D. Pa. AO Pro Se 14 (Rev. 04/18) Complaint for Violation of Civil Rights

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*