Dear Clerk of Court

Re: Civil Action No. 18-125 DLB

Hello,

Enclosed is "16:" Exhibits to be "included" and "attached" to Civil Action No. 18-125 DLB. I didn't have sufficient postage to initially send with the actual complaint.

Also, Civil Action No. 18-125 isn't filed under 1915(g).

Thank you and have a Good Day.

Respectfully,

[signature]

Dated: May 19, 2018

*Eastern District of Kentucky*
**FILED**
MAY 29 2018
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

E.D. Pa. AO Pro Se 14 (Rev. 04/18) Complaint for Violation of Civil Rights

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____