UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF KENTUCKY

KAREEM MILHOUSE, PLAINTIFF

V.                                    CIVIL ACTION NO. 18-125-DLB

RHONDA JONES, ET AL, DEFENDANTS.

MOTION FOR PRODUCTION OF DOCUMENTS.

PLAINTIFF RESPECTFULLY REQUEST SAID MOTION IS GRANTED.

RESPECTFULLY SUBMITTED,

K.H. Milhouse

July 26, 2018

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF KENTUCKY

KAREEM MILHOUSE, PLAINTIFF

V.                                    CIVIL ACTION NO. 18-125-DLB

RHONDA JONES, et al., DEFENDANTS

## BRIEF IN SUPPORT of MOTION FOR PRODUCTION OF DOCUMENTS

### I. ARGUMENT

On June 13, 2018 prison officials confiscated Plaintiff's personal property that included his legal documents.

On June 13, 2018 C/O Jones stated Plaintiff must get that property from C/O Marcum.

On June 28, 2018 C/O Marcum stated he cannot find any property that was taken June 13, 2018.

On numerous occasions Plaintiff spoke to Lieutenants Asher, Messer, Warden Gomez and Captain Thompson explaining that on June 13, 2018 C/O Stevens, Whitaker, Powers, Jones and unidentified C/O confiscated Plaintiff's property without authorization by policy nor procedures.

Plaintiff was told to submit a "TORT" claim.

In consideration of the above Plaintiff request said motion is granted.

Respectfully,

July 24, 2018

[signature]

July 27, 2018

DEAR CLERK OF COURT

RE: 18-125-DLB — CIVIL ACTION

ON JUNE 13, 2018 PRISON OFFICIALS "CONFISCATED" MY "PERSONAL PROPERTY" THAT INCLUDED MY "LEGAL DOCUMENTS".

ON JUNE 14, 2018 I WAS TOLD THAT I HAD TO GET MY PROPERTY FROM THE PROPERTY OFFICER.

ON JUNE 28, 2018 THE PROPERTY OFFICER STATED THAT HE COULD NOT FIND ANY PROPERTY TAKEN FROM ME.

AS A RESULT I REQUEST COPIES OF DOCKET NOS. 6, 12, 13, INCLUDING THE VARIOUS EXHIBITS. AND DOCKET NO 1.

THANK YOU.

HAVE A GOOD DAY.

RESPECTFULLY,

[signature]

PS. ALTHOUGH INFORMA PAUPERIS STATUS DOES NOT PRECLUDE NOR EXEMPT REQUESTERS FROM COPY FEES, I DO NOT HAVE THE FINANCIAL MEANS AT THE MOMENT TO PAY.