KAREEM M. House, 59904066  SHU
United States Penitentiary McCreary
P.O. Box 3000
Pine Knot, KY 42635

KNOXVILLE TN 377

30 JUL 2018 PM 4 L



*Special Legal Mail.

Clerk of Court
United States District Court
Eastern District of Kentucky
London Courthouse
310 South Main Street
London, Kentucky 40741

*Special Legal Mail.

July 27, 2018

40741-190710

*SPECIAL LEGAL MAIL.

July 27, 2018

United States Penitentiary, McCreary
Pine Knot, KY 42635
Date: 7-28-18
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.